UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HECTOR ORTIZ,

        Plaintiff,

v.                                           Case No. 5:04-cv-59-Oc-10GRJ

DONALD A. MCKELVY, et al.,

        Defendants.

## **ORDER OF DISMISSAL**

Plaintiff initiated this case by filing a Civil Rights Complaint on February 9, 2004. Plaintiff was granted permission to proceed as a pauper and paid an initial partial filing fee. However, because the Court was unable to determine whether Plaintiff intended to initiate this case pursuant to the Federal Tort Claims Act (FTCA), or against the individually named federal defendants, Plaintiff was directed to file proof of exhaustion. On November 15, 2004, Plaintiff filed a "Certificate of Compliance," containing a response to an Administrative Tort Claim. Therefore, on November 17, 2004, this case was construed as a claim under the FTCA and Plaintiff was directed to file an Amended Complaint because he failed to name the proper defendant under the FTCA.

On January 18, 2005, Plaintiff filed a request for the return of his legal documents. In the motion, Plaintiff alleged that the Bureau of Prisons confiscated

his legal materials and that he was unable to file an Amended Complaint until those papers were returned.  Upon review, the Court was unable to ascertain whether such a request was appropriate and Plaintiff's request was denied.  However, the Court directed the Clerk to send Plaintiff a copy of his original complaint and a copy of the Court's Order of November 17, 2004, so that Plaintiff could prepare an Amended Complaint.  The docket reflects that those documents were sent to Plaintiff on January 21, 2005.  Plaintiff was advised that he had an additional twenty (20) days to file his Amended Complaint and that the failure to timely do so would result in the dismissal of this case without further notice.

A review of the file shows that as of the date of this Order, Plaintiff has failed to file an Amended Complaint, request an extension of time to do so, or otherwise explain the reasons for noncompliance.  Thus, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is hereby **DISMISSED without prejudice.**  The Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 23rd day of May 2005.

_____
UNITED STATES DISTRICT JUDGE

c:  Hector Ortiz